IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEFFREY COHEN, | § | |
| | § | No. 193, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware, |
| STATE OF DELAWARE ex rel. KAREN | § | C.A. 8601 |
| WELDIN STEWART, Insurance | § | |
| Commissioner of the State of Delaware, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 29, 2014
Decided: September 4, 2014

## ORDER

This 4th day of September 2014, it appears to the Court that, on August 4, 2014, the Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter and for his failure to pay the filing fee. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice